# DISTRICT COURT OF APPEAL OF FLORIDA
## SECOND DISTRICT

_____

COLIN MACKENZIE,

Appellant,

v.

EMILIA KINGA MACKENZIE,

Appellee.

No. 2D2023-2411

_____

August 16, 2024

Appeal pursuant to Fla. R. App. P. 9.130 from the Circuit Court for Pinellas County; Elizabeth Jack, Judge.

Tara Scott Lynn of Law Offices of Tara J. Scott, P.A., St. Petersburg, for Appellant.

No appearance for Appellee.

PER CURIAM.

   Affirmed.

SILBERMAN, LaROSE, and BLACK, JJ., Concur.

_____

Opinion subject to revision prior publication.